UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

            -against-

ELVIS FUENTES,

                     Defendant.
------------------------------------------------------------X

Docket No.: 07 Cr. 329 (SHS)

**AFFIDAVIT OF VERONICA VEGA**

VERONICA VEGA, being duly sworn, deposes and says:

At all times material hereto, I have resided at 282 East Gun Hill Road, Bronx, NY, Apartment 7-A.  On March 20, 2007, I returned home from work at approximately 11:30 A.M. There were approximately four or five agents inside my apartment and several others in a car outside of the building and in the hallway.  An agent told me that I could not go into my apartment.  He told me that they had found two guns and some bullets and drugs.  He asked me if I knew that the stuff was there, and I said that I did not.  He asked if I knew of anything else was there that shouldn't be there, and I said no. He then asked me to sign a consent form so that they could continue to search, and I did.  I never consented to the search before the search was conducted.

                                                    */s/ Veronica Vega*
                                                    VERONICA VEGA

Sworn to before me
May 1, 2007

*/s/*
NOTARY PUBLIC

JONATHAN MARKS
Notary Public, State of New York
No. 31-4695544
Qualified in New York County
Commission Expires June 30, 2008