06/15/2007  03:56   2128893595   DERSHOWITZ,EIGER&ADE   Jun 15 2007 04:31pm   PAGE 01/01



**JONATHAN MARKS, P.C.**
ATTORNEYS AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, N.Y. 10001

E-MAIL: jon@jonmarks.com
URL: jonmarks.com

MEMO ENDORSED

TEL: (212) 545-8008
FAX: (212) 889-3595

June 15, 2007

BY FAX: 212-805-7924
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United
 States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

   Re: **United States v. Elvis Fuentes**
     **Docket No.: 07 CR 329 (SHS)**

Dear Judge Stein:

  With the government's consent, I respectfully request that the briefing schedule for defendant's suppression motion be modified as follows:

Defendant's submission will be due on June 21, 2007;
The government's submission will be due on June 28, 2007.

           Respectfully,

           */s/ Jonathan Marks*

           Jonathan Marks

cc: Jessica Masella, Esq.

SO ORDERED 6/15/07

SIDNEY H. STEIN
U.S.D.J.