UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                -against-                              :   07 Cr. 329 (SHS)

                                                           :   ORDER

ELVIS FUENTES,                                :

                Defendant.                    :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      For the reasons set forth in the Opinion dated August 10, 2007, defendant's motion to suppress certain physical evidence is denied.

Dated: New York, New York
       August 10, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 8/10/07*

1