

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 17, 2007

BY FACSIMILE
Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/19/07

Re: United States v. Elvis Fuentes
    07 Cr. 329 (SHS)

Dear Judge Stein:

The Government respectfully writes to request a short adjournment of the next pretrial conference in this matter, scheduled for September 18, 2007. The parties are continuing to discuss a potential disposition of this matter and a short adjournment would be helpful to continue those discussions. Accordingly, the Government requests an adjournment of the next pretrial conference until October 1, 2007 at 3:00 p.m., which time I understand is convenient for the Court. In addition, the Government requests an exclusion of time under the Speedy Trial Act from September 18, 2007 until October 1, 2007. Such an exclusion is in the interests of justice, and outweighs the interests of the defendant and the public in a speedy trial, because it will allow the parties to continue discussing a disposition of this matter. Counsel for the defendant consents to the requested adjournment and exclusion of time.

Thank you for your attention to these matters.

SO ORDERED 9/17/07

SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jessica A. Masella
Assistant United States Attorney
(212) 637-2288

cc: Jonathan Marks, Esq.