```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :      INFORMATION

        - v. -                  :      S1 07 Cr. 329 (SHS)

ELVIS FUENTES,                  :

            Defendant.          :

- - - - - - - - - - - - - - - - - x
```

### COUNT ONE

The United States Attorney charges:

1. On or about March 20, 2007, in the Southern District of New York, ELVIS FUENTES, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of marijuana, in an apartment located in a building at 282 East Gun Hill Road in the Bronx, New York.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(D) and Title 18, United States Code, Section 2.)

### COUNT TWO

The United States Attorney further charges:

2. On or about March 20, 2007, in the Southern District of New York, ELVIS FUENTES, the defendant, being an unlawful user of a controlled substance, to wit, marijuana, unlawfully, willfully, and knowingly did possess in and affecting commerce firearms, namely, a loaded .38 caliber Ruger model

revolver and a loaded .380 caliber Firestorm model semi-automatic pistol, which FUENTES possessed in an apartment located in a building at 282 East Gun Hill Road in the Bronx, New York.

(Title 18, United States Code, Section 922(g)(3).)

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ELVIS FUENTES,**

**Defendant.**

INFORMATION

S1 07 Cr. 329 (SHS)

(18 U.S.C. § 922(g)(3) and 21 U.S.C. 812, 841(a)(1) and 841(b)(1)(D).)

MICHAEL J. GARCIA
United States Attorney.