

# JONATHAN MARKS, P.C.
### ATTORNEYS AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, N.Y. 10001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

E-MAIL: on@jonmarks.com
URL: jonmarks.com

TEL: (212) 545-8008
FAX: (212) 889-3595

October 12, 2007

**BY FAX: 212-805-7924**
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United
  States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

MEMO ENDORSED

    Re:    United States v. Elvis Fuentes
           Docket No.: 07 CR 329 (SHS)

Dear Judge Stein:

    Elvis Fuentes is schedule to be sentenced on January 11, 2008. I respectfully request authorization for Mr. Fuentes to accompany his wife on a short vacation to Florida from November 7th through November 14th, 2007. If the Court approves this request, they will be staying at Courtyard Orlando Lake Buena Vista at Vista Centre, 8501 Palm Parkway, Lake Buena Vista, Florida 32836 USA. Phone: 1-407-239-6900; Fax: 1-407-239-1287. *Defense counsel has represented that the U.S. Atty's Office and Pretrial Services have consented.*

                          Respectfully,

                          Jonathan Marks

cc:    Jessica Masella, Esq.

SO ORDERED 10/25/07

SIDNEY H. STEIN
U.S.D.J.